IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SULLIVAN D. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-63-C |
| | ) | |
| EDWARD EVANS, ACTING DIRECTOR, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on January 29, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on February 23, 2014, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation (Dkt. No. 8) of the Magistrate Judge is adopted in part. Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral. Petitioner's Motion for Leave to Proceed in Forma Pauperis (Dkt. No. 10) is stricken as moot.

IT IS SO ORDERED this 26th day of February, 2014.

ROBIN J. CAUTHRON
United States District Judge