## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SULLIVAN D. JACKSON,          )
                                 )
                Petitioner,    )
                                 )
       vs.                 )          No. CIV-14-63-C
                                 )
JASON BRYANT, Warden,        )
                                 )
              Respondent.   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on March 13, 2015. The court file reflects that no party has objected to the Supplemental Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Supplemental Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation of the Magistrate Judge (Dkt. No. 23) is adopted and the petition for writ of habeas corpus is denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 21st day of April, 2015.

ROBIN J. CAUTHRON
United States District Judge